In the Matter of METROPOLE SOMERSET CAFE, INC., Appellant, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.

Argued January 24, 1952; decided March 14, 1952.

*Sidney G. Kingsley* and *Sidney Harris* for appellant.

*Alvin McKinley Sylvester* and *William Hoppen* for respondents.

Order of Appellate Division reversed, determination of State Liquor Authority annulled, and a new hearing ordered, with costs to abide the event, on the ground that the appellant was deprived of a fair opportunity to cross-examine the witness Dennis. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.